UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEFFREY L.G. JOHNSON and JOSEPH JOHNSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 4:19-cv-1694-ERW ) |
| UNITED STATES, et al., | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This closed civil matter is now before the Court upon a post-judgment motion filed by plaintiffs Jeffrey L.G. Johnson and Joseph Johnson. The motion is titled "Motion Order for Entry of Default Judgment and Equity Re-Opened Cause Motion Supplement Recusal Motion for Other Purposes." (ECF No. 8). The motion will be denied.

Plaintiffs commenced this civil action on June 13, 2019. They sought and were granted leave to proceed in forma pauperis. In their complaint, they named nearly 200 defendants, including the United States, United States presidents, members of Congress, Attorneys General, Supreme Court Justices, Judges of this Court, Judges of the Eighth Circuit Court of Appeals, officials from the Department of Justice, the Federal Bureau of Investigation, and the Central Intelligence Agency, state court judges, administrative law judges, the Vatican, the Department of Homeland Security, and many others. Some of the defendants were deceased. In their 71-page complaint, they set forth allegations concerning various matters, including unfavorable outcomes of prior civil actions they filed, and "Title III surveillance" and "Title III spying" programs they alleged various defendants were conspiring to promote and/or conceal. On July 8, 2019, the Court dismissed plaintiffs' complaint pursuant to 28 U.S.C. § 1915(e)(2)(B).

In the instant motion, plaintiffs restate allegations from the complaint, they complain that this Court dismissed "a civil rights case joining Title III felony admission by the United States Government," and they appear to claim entitlement to default judgment because the defendants did not respond to the complaint. However, as noted above, this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), and the defendants were therefore not served with process and required to respond to the complaint. To the extent plaintiffs can be understood to seek reconsideration of this Court's July 8, 2019 dismissal of this action, the Court finds they have not established entitlement to relief under the Federal Rules of Civil Procedure because they have not pointed to any manifest errors of law or fact or any newly discovered evidence, nor have they demonstrated exceptional circumstances warranting relief.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' Motion Order for Entry of Default Judgment and Equity Re-Opened Cause Motion Supplement Recusal Motion for Other Purposes (ECF No. 8) is **DENIED.**

Dated this 14th day of August, 2019.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE